**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| APRIL PLOEGER, | |
| Plaintiff, | NO. |
| v. | (Unlawful Debt Collection Practices) |
| CREDIT COLLECTION SERVICES, | |
| Defendant. | |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

APRIL PLOEGER (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the following against CREDIT COLLECTION SERVICES (Defendant):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Washington, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

Plaintiff's Complaint and Demand for Jury Trial- 1

**PARTIES**

5. Plaintiff is a natural person residing in Seattle, King County Washington.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

8. Defendant is a national company with a business office in Newton, Massachusetts.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. On August 23, 2011, Defendant placed a collection call to Plaintiff at 7:26 a.m., seeking payment for an alleged debt.

11. Defendant contacted Plaintiff on her cellular telephone while she was at work..

12. Plaintiff informed Defendant that she could not receive calls during work hours and to please stop calling.

13. Defendant continued to contact Plaintiff while she was at work despite knowing that Plaintiff could not receive telephone calls during work hours.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* by contacting Plaintiff before 8:00 a.m.; and

    b. Defendant violated *§1692c(a)(3)* by repeatedly contacting Plaintiff at her place of employment even though Defendant knew that Plaintiff's employer prohibits the

Plaintiff's Complaint and Demand for Jury Trial- 2

consumer from receiving such communications.

WHEREFORE, Plaintiff, APRIL PLOEGER, respectfully requests judgment be entered against Defendant, CREDIT COLLECTION SERVICES, for the following:

15. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

17. Any other relief that this Honorable Court deems appropriate.

DATED:  November 14, 2011

RESPECTFULLY SUBMITTED,

By: /s/ Richard J. Symmes
Richard J. Symmes, Esq
Symmes Law Group, PLLC
1001 Fourth Avenue
Suite 3200
Seattle, Washington 98154
Washington Bar No. 41475

Plaintiff's Complaint and Demand for Jury Trial- 3

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF WASHINGTON

Plaintiff, APRIL PLOEGER, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, APRIL PLOEGER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

09/06/11
Date

_____
APRIL PLOEGER

Plaintiff's Complaint and Demand for Jury Trial- 4